1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Christopher J. Bridger
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:23-CR-2058-SAB |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2251(a), (e)<br>Production and Attempted Production of Child Pornography<br>(Counts 1, 3, 5, 7, 9, 12, 14) |
| CRAIG MICHAEL BERRY, | |
| Defendant. | |
| | 18 U.S.C. § 2422(b)<br>Online Enticement and Attempted Online Enticement of a Minor<br>(Counts 2, 4, 6, 8, 10, 11, 13, 15) |
| | 18 U.S.C. § 2253, 18 U.S.C. § 2428<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about October 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and

INDICTMENT – 1

coerce Minor Victim 1, a minor girl born in 2005, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Beginning on or about October 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 3

Beginning on or about October 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and

INDICTMENT – 2

coerce Minor Victim 2, a minor girl born in 2008, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

Beginning on or about October 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 2, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 5

Beginning on or about September 24, 2022, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and

INDICTMENT – 3

coerce Minor Victim 3, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 6

Beginning on or about September 24, 2022, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 3, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 7

Beginning on or about a date unknown, but at least by on or about April 3, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ,

INDICTMENT – 4

use, persuade, induce, entice, and coerce Minor Victim 4, a minor girl born in 2007, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 8

Beginning on or about a date unknown, but at least by on or about April 3, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 4, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

COUNT 9

Beginning on or about April 1, 2022, and continuing to on or about October 20, 2022,, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 5, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 10

Beginning on or about April 1, 2022, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 5, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

INDICTMENT – 6

## COUNT 11

Beginning on or about October 2, 2022 and continuing to on or about October 3, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to attempt to persuade, induce, entice and coerce Minor Victim 6, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 12

Beginning on or about November 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 7, a minor girl born in 2007, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 7

## COUNT 13

Beginning on or about November 1, 2021, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 7, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 14

Beginning on or about October 3, 2022, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 8, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 8

COUNT 15

Beginning on or about October 3, 2022, and continuing to on or about October 20, 2022, in the Eastern District of Washington, the Defendant, CRAIG MICHAEL BERRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet, a computer, and a cellular phone, to persuade, induce, entice and coerce Minor Victim 8, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), (e), Production and Attempted Production of Child Pornography, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a), (e), and/or 18 U.S.C. § 2252A(a)(2) and/or 18 U.S.C. § 2252A(a)(2)(A), (b)(1), as set forth in Counts 1, 3, 5, 7, 9, 12, and 14 of this Indictment, Defendant, CRAIG MICHAEL BERRY, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

INDICTMENT – 9

produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

- a Black Samsung Galaxy S21 Model # SM-G996U cellular phone

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense(s) in violation of 18 U.S.C. § 2422(b), as set forth in Counts 2, 4, 6, 8, 10, 11, 13 and 15 of this Indictment, the Defendant, Craig Michael Berry, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or

personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s), including but not limited to:

- a Black Samsung Galaxy S21 Model # SM-G996U cellular phone

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 11 day of October, 2023.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 11